No. 90–6636. FISHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6637. MAEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6638. ANALLA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6641. WINGERTER *v.* BLACKBURN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–6642. PARRADO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6643. UNGER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–6644. FLANAGAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6645. DRUMMOND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6646. ROBINSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6648. SHERRILLS *v.* CORRIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6649. RUCKER *v.* WISCONSIN ET AL. Ct. App. Wis. Certiorari denied.

No. 90–6651. ESPARZA *v.* CASILLAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–6653. THOMAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6654. FRIEDMAN *v.* NEW YORK CITY DEPARTMENT OF HOUSING AND DEVELOPMENT ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–6659. BULLOCK *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.